■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v OSWALDO SANTANA, Appellant. — Judgment, Supreme Court, New York County (Albert Williams, J.), rendered on January 28, 1982, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur — Murphy, P. J., Kupferman, Ross, Carro and Lynch, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ISABELLO M., Appellant. — Judgment, Supreme Court, Bronx County (Lawrence Tonetti, J.), rendered on February 24, 1983, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur — Murphy, P. J., Kupferman, Ross, Carro and Lynch, JJ.

■ GARY R. BLAU et al., Respondents, v MARKETING SHOWCASE, INC., et al., Appellants. — Order, Supreme Court, New York County (Allen Myers, J.), entered on May 16, 1984, unanimously affirmed for the reasons stated by Allen Myers, J., at Special Term. Respondents shall recover of appellants $75 costs and disbursements of this appeal. No opinion. Concur — Silverman, J. P., Bloom, Fein, Milonas and Kassal, JJ.